964

No. 1637, Misc.   October Term, 1965.   GUNSTON *v.* UNITED STATES, 384 U. S. 993;

No. 28, Original.   DELAWARE ET AL. *v.* NEW YORK ET AL., *ante,* p. 895;

No. 108.   MONASTERSKY *v.* UNITED STATES, *ante,* p. 815;

No. 117.   CENTRAL LOUISIANA ELECTRIC CO., INC., ET AL. *v.* RURAL ELECTRIFICATION ADMINISTRATION ET AL., *ante,* p. 815;

No. 119.   MARSHALL *v.* UNITED STATES, *ante,* p. 815;

No. 124.   SANDOVAL ET UX. *v.* RATTIKIN, TRUSTEE, *ante,* p. 901;

No. 129.   BENTVENA ET AL. *v.* UNITED STATES, *ante,* p. 815;

No. 217.   TIETZ ET AL. *v.* MARIENTHAL ET AL., *ante,* p. 8;

No. 261.   RUSKIN *v.* UNITED STATES, *ante,* p. 828;

No. 276.   MAXFIELD ET AL. *v.* UNITED STATES, *ante,* p. 830;

No. 282.   REED *v.* ILLINOIS, *ante,* p. 10;

No. 286.   ALABAMA-TENNESSEE NATURAL GAS CO. *v.* FEDERAL POWER COMMISSION ET AL., *ante,* p. 847;

No. 316.   CAPELOUTO *v.* ORKIN EXTERMINATING CO. OF FLORIDA, INC., *ante,* p. 11;

No. 340.   FERNICOLA *v.* UNITED STATES, *ante,* p. 836;

No. 67, Misc.   ZUCKER *v.* CALIFORNIA ET AL., *ante,* p. 855;

No. 134, Misc.   CROSS *v.* BRUNING, COUNTY CLERK OF SAN MATEO COUNTY, ET AL., *ante,* p. 14;

No. 226, Misc.   BOGART ET UX. *v.* CALIFORNIA ET AL., *ante,* p. 888; and

No. 298, Misc.   WHITTLE, ADMINISTRATOR *v.* TAWES, GOVERNOR OF MARYLAND, *ante,* p. 806.   Petitions for rehearing denied.